IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10684
Conference Calendar
_____


DALE ALAN CURTIS,

                              Plaintiff-Appellant,

versus

DALE S. HANNA ET AL.,

                              Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-945-X
- - - - - - - - - -
December 20, 1995

Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Dale Alan Curtis appeals from the district court's order
dismissing his civil rights complaint as frivolous under 28
U.S.C. § 1915(d).  We have reviewed the record and Curtis's brief
on appeal.  We conclude that the district court did not abuse its
discretion in dismissing Curtis's claims of unlawful arrest,
illegal search and seizure, and wrongful deprivation of property.

    AFFIRMED.

_____

    [*]    Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.